Edward W. McBride, Jr. (8236)
Alyssa J. Wood (16613)
**VIAL FOTHERINGHAM LLP**
515 South 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801)355-9594
Facsimile:(801)359-1246
Ted.McBride@vf-law.com
Alyssa.Wood@vf-law.com
*Attorneys for Plaintiffs*

---

### UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT MONTGOMERY, an individual; JD MONTGOMERY, an individual, and CHASE MONTGOMERY, an individual, | |
| Plaintiffs, | |
| v. | **WAIVER OF THE SERVICE OF SUMMONS** |
| AGENT SCOTT NESBITT, an individual; SPECIAL AGENT MICHELLE PICKENS, an individual; FBI SPECIAL AGENT JON ISAKSON, an individual; FEDERAL BUREAU OF INVESTIGATION; SALT LAKE PUBLIC CORRUPTION TASK FORCE; UTAH STATE BUREAU OF INVESTIGATION; UTAH DEPARTMENT OF PUBLIC SAFETY; STATE OF UTAH; UNITED STATES OF AMERICA; JOHN DOES 1 -5 | |
| | Civil No.:  2:18-cv-00614-CW Judge: |
| Defendants. | |

To:     Edward W. McBride, Jr., Attorney for Plaintiff

I, Kyle Kaiser, Assistant Attorney General for the State of Utah, representative for State of Utah, Utah Department of Public Safety and the Utah State Bureau of Investigation waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the parties I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the parties I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the parties I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 8, 2018, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the parties I represent.

DATED this 22nd day of August, 2017.

/s/ Kyle Kaiser

Kyle Kaiser, electronically signed by permission
*Assistant Attorney General, State of Utah*