# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT MONTGOMERY, an individual; JD MONTGOMERY, an individual, and CHASE MONTGOMERY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AGENT SCOTT NESBITT, an individual; SPECIAL AGENT MICHELLE PICKENS, an individual; FBI SPECIAL AGENT JON ISAKSON, an individual; FEDERAL BUREAU OF INVESTIGATION; SALT LAKE PUBLIC CORRUPTION TASK FORCE; UTAH STATE BUREAU OF INVESTIGATION; UTAH DEPARTMENT OF PUBLIC SAFETY; STATE OF UTAH; UNITED STATES OF AMERICA; JOHN DOES 1-5,<br><br>Defendants. | **ORDER TO SHOW CAUSE**<br><br>Civil No. 2:18-cv-00614<br><br>Judge Clark Waddoups |

## Background

On March 26, 2019, the State Defendants filed a Motion for Order to Show Cause, (ECF No. 19). In this Motion, the State Defendants note that Plaintiffs have failed to respond to their Motion to Dismiss, (ECF No. 14). The State Defendants seek dismissal with prejudice. (ECF No.

1

19 at 4.) The State Defendants request that the Court issue an order to show cause why the case should not be dismissed against the State Defendants. (ECF No. 19 at 4.) The State Defendants also note that the Plaintiffs have not served the other Defendants.

## Order

I. The court orders Plaintiffs to show cause why the case against the State Defendants should not be dismissed with prejudice for failure to respond to their Motion to Dismiss.

II. The court orders Plaintiffs to show cause why the case against the remaining Defendants should not be dismissed without prejudice for failure of service.

III. Plaintiffs' Response to this Order is due on or before April 10, 2019. Failure to respond could result in dismissal with prejudice against the State Defendants and dismissal without prejudice as to the remaining Defendants.

Dated this 27th day of March, 2019

BY THE COURT:

_____
Clark Waddoups
United States District Judge